FILED
CLERK, U.S. DISTRICT COURT

10/10/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ASI _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 5:25-cr-00332-FMO |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [8 U.S.C. § 1326(a): Illegal Alien Found in the United States Following Deportation] |
| CARLOS ABEL MEDRANO-AMAYA, | |
| Defendant. | |

The Acting United States Attorney charges:

[8 U.S.C. § 1326(a)]

On or about April 4, 2023, defendant CARLOS ABEL MEDRANO-AMAYA, an alien, who had been officially deported and removed from the United States on or about May 9, 2012, and November 20, 2014, was found in San Bernardino County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated

//

//

//

1  successor, the Secretary for Homeland Security, to reapply for

2  admission to the United States following deportation and

3  removal.

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office

MILES ROBINSON
Assistant United States Attorney
Riverside Office

2